**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: O'NEILL & JACKSON                           No. 4:17-cv-00023-O

_____

**AGREED STIPULATION EXTENDING RESPONSE DEADLINE REGARDING
MOTION TO QUASH OR MODIFY SUBPOENA DUCES TECUM**

**I.  STIPULATION**

The parties, through their undersigned counsel, stipulate and jointly request the entry of an Order extending the deadline for Plaintiff Trudy Reynolds to respond to Non-Party O'Neill & Jackson's and Defendants' Motion to Quash or Modify Subpoena Duces Tecum and Brief until Monday, December 11, 2017.

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 4th day of December, 2017.

| | |
|---|---|
| THE LAW OFFICE OF CHRIS R. MILTENBERGER | DECKER JONES, P.C. |
| By:   /s Chris R. Miltenberger<br>Chris R. Miltenberger<br>State Bar No. 14171200<br>1340 N. White Chapel, Suite 100<br>Southlake, Texas 76092<br>Telephone: (817) 416-5060<br>Facsimile: (817) 416-5062<br>Email:chris@crmlawpractice.com | By:    /s Daniel L. Bates<br>Daniel L. Bates<br>State Bar No. 01899900<br>801 Cherry Street, Unit #46<br>Burnett Plaza, Suite 2000<br>Fort Worth, Texas 76102<br>Telephone: (817) 336-2400<br>Facsimile: (817) 336-2181<br>Email: dbates@deckerjones.com |
| *Attorney for Trudy Reynolds* | *Attorney for O'Neill & Jackson, USHEALTH Group, Inc. and USHEALTH Advisors, LLC* |

- 2 -

**CERTIFICATE OF SERVICE**

 I, Chris R. Miltenberger, hereby certify that on December 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Daniel L. Bates, State Bar No. 01899900
> DECKER JONES, P.C.
> 801 Cherry Street, Unit #46
> Burnett Plaza, Suite 2000
> Fort Worth, Texas 76102
> Telephone: (817) 336-2400
> Facsimile: (817) 336-2181
> Email: dbates@deckerjones.com
>
> *Attorney for O'Neill & Jackson, USHEALTH Group, Inc. and USHEALTH Advisors, LLC*

 I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

 DATED this 4th day of December, 2017.

THE LAW OFFICE OF CHRIS R. MILTENBERGER

By:  Chris R. Miltenberger
  Chris R. Miltenberger
  State Bar No. 14171200
  1340 N. White Chapel, Suite 100
  Southlake, Texas 76092
  Telephone: (817) 416-5060
  Facsimile: (817) 416-5062
  Email:chris@crmlawpractice.com

*Attorney for Trudy Reynolds*